UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 2:06-mj-80 kr

Chelsea L. Barry

ORDER TO PAY

SOCIAL SECURITY #: 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
DATE OF BIRTH: 04/01/87
DRIVER'S LICENSE #:
ADDRESS: 210 East Eighth St.
CITY: Davis   STATE: CA   ZIP CODE: 95616

FILED
MAR 1 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 3/14/06        Chelsea Barry
                     DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

[X] Fine: $ 135   and a penalty assessment of $ 10   for a TOTAL AMOUNT OF: $ 145   within ____ days/months; or payments of $ ____ per month, commencing ____ and due on the ____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ ____ completed by _____

(1) 1 year court probation to terminate upon completion of fine

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC
CENTRAL VIOLATIONS BUREAU (SA)
POST OFFICE BOX 740026
ATLANTA, GA 30374-0026

CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA 93721

CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: 3-14-06        Kimberly J. Mueller
                     U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-LOM                                              EDCA — 3